IN RE:  David Loy HALE
Arkansas Bar No. 66024

Supreme Court of Arkansas
Delivered July 25, 1994

PER CURIAM. On recommendation of the Supreme Court Committee on Professional Conduct, we hereby accept the surrender of the license of David Loy Hale of Pulaski County, Arkansas to practice law in the State of Arkansas.

DUDLEY and HAYS, JJ., not participating.